UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

BALTIMORE DIVISION

| | |
|---|---|
| CLASSEN IMMUNOTHERAPIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOGEN IDEC, et al., <br><br> Defendants. | Case No. 04 CV 02607 WDQ |

**KAISER DEFENDANTS' DISCLOSURE OF CORPORATE INTEREST**

Defendants Kaiser Foundation Health Plan, Inc., Kaiser Permanente Ventures, Kaiser Permanente International, Kaiser Permanente Insurance Company, The Permanente Federation, LLC, The Permanente Company, LLC, The Permanente Foundation, The Permanente Medical Group, Inc., and Kaiser Foundation Hospitals disclose the following information about their corporate structures pursuant to Local Rule 103.3:

Each of the named defendants (other than Kaiser Foundation Added Choice Health Plan, Inc., which no longer exists and has not been served) is part of the Kaiser Permanente healthcare system. There are other entities that are affiliated with the named defendants in that they are also a part of the Kaiser Permanente system. None of the named defendants, and none of the entities that are so affiliated with them, are publicly

sf-1839897

traded. No entity other than an entity that is part of the Kaiser Permanente system has a financial interest in the outcome of the litigation.

Dated: December 28, 2004

*Laurie Hand*
G. BRIAN BUSEY (MD Federal Bar No. 03918)
gbusey@mofo.com
LAURIE HAND (MD Federal Bar No. 11470)
lhand@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W., Suite 5500
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

MICHAEL A. JACOBS (CA SBN 111664)
*(not admitted in this court)*
mjacobs@mofo.com
ELISABETH S. TRAUGOTT (CA SBN 215931)
*(not admitted in this court)*
etraugott@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN, INC.,
KAISER PERMANENTE VENTURES,
KAISER PERMANENTE INTERNATIONAL,
KAISER PERMANENTE INSURANCE
  COMPANY,
THE PERMANENT FEDERATION, LLC,
THE PERMANENTE COMPANY, LLC,
THE PERMANENTE FOUNDATION,
THE PERMANENTE MEDICAL GROUP,
  INC.,
KAISER FOUNDATION HOSPITALS

sf-1839897

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was electronically filed on December 28, 2004 and was served on counsel of record in Portable Document Format ("PDF") through the Court's transmission facilities in accordance with Federal Rule of Civil Procedure 5(b)(2)(D).

                                               */s/ Laurie Hand*
                                               Laurie Hand

sf-1839897