```
              IN THE UNITED STATES DISTRICT COURT FOR
             THE DISTRICT OF MARYLAND, NORTHERN DIVISION

                                  *
CLASSEN IMMUNOTHERAPIES,
INC.,                             *

     Plaintiff,                   *
v.                                          CIVIL NO.: WDQ-04-2607
                                  *
BIOGEN IDEC, et al.,
                                  *
     Defendants.
*    *    *    *    *    *    *    *    *    *    *    *    *
                                Order
```

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 14th day of December 2005, ORDERED that:

1.  Classen's motion for reconsideration, BE and HEREBY IS, DENIED;

2.  Classen's motion to dismiss Count III of the Complaint with prejudice BE, and HEREBY IS, GRANTED;

3.  Classen's motion to dismiss the Counterclaims as to the 385 Patent without prejudice BE, and HEREBY IS, GRANTED;

4.  Classen's motion for discovery BE, and HEREBY IS, DENIED;

5.  Classen's motion to strike miscellaneous correspondence BE, and HEREBY IS, DENIED;

6.  Classen's motion to stay discovery BE, and HEREBY IS, DENIED;

7.  Classen's motion to amend the scheduling order BE, and HEREBY IS, DENIED;

8.  Merck's motion for summary judgment BE, and HEREBY IS, GRANTED;

9.   The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                        _____/s/_____
                                                        William D. Quarles, Jr.
                                                        United States District Judge