IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

|  |  |
|---|---|
| CLASSEN IMMUNOTHERAPIES, INC., | * |
| Plaintiff, | * |
| v. | * CIVIL NO.: WDQ-04-2607 |
| BIOGEN IDEC, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

Order

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 16<u>th</u> day of August 2006, ORDERED that:

1. Classen's motion for reconsideration (Paper No. 129), BE and HEREBY IS, DENIED;

2. Classen's motion to dismiss Merck's counterclaims (Paper No. 133) BE, and HEREBY IS, DENIED;

3. GSK's motion to amend its answer (Paper No. 136) BE, and HEREBY IS, DENIED;

4. Merck's motion for summary judgment (Paper No. 131) BE, and HEREBY IS, GRANTED;

5. Merck's motion to strike Classen's jury demand (Paper No. 147) BE, and HEREBY IS, DENIED as moot;

6. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

_____/s/_____
William D. Quarles, Jr.
United States District Judge