# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLASSEN IMMUNOTHERAPIES, INC. )<br>          Plaintiff )<br>v. )<br>BIOGEN IDEC, et al. )<br>          Defendants )<br>)  | Civil Action No.<br>WDQ 04 CV 2607 |

### NOTICE OF APPEAL TO
### THE UNITED STATES COURT OF APPEALS FOR
### THE FEDERAL CIRCUIT

Notice is hereby given that Plaintiff, Classen Immunotherapies, Inc., hereby appeals to the United States Court of Appeals for the Federal Circuit from the following orders entered into this action:

| | |
|---|---|
| DI # 152 Order (parts 1 and 4) | Dated: August 16, 2006 |
| DI # 151 Memorandum Opinion | Dated: August 16, 2006 |
| DI # 128 Order (parts 1, 4, 5, 6, 7 and 8) | Dated: December 14, 2005 |
| DI # 127 Memorandum Opinion | Dated: December 14, 2005 |
| DI #  77  ORDER (parts 1 and 2) | Dated: July 22, 2005 |
| DI #  76  Memorandum Opinion and Order | Dated: July 22, 2005 |

The parties to this appeal are:

Plaintiff: Classen Immnunotherapies, Inc.  and  Defendants: Biogen IDEC, GalaxoSmithKline, Chiron Corporation and Merck & Co., Inc.

Respectfully Submitted;

    /s/ Joseph J. Zito
Joseph J. Zito (Bar No. 05640)
Kendal M. Sheets
ZITO tlp
26005 Ridge Road, Suite 203
Damascus, Maryland 20872
(301) 601-5010
joe@zitotlp.com
Attorneys for Plaintiff
Classen Immunotherapies, Inc.