# United States Court of Appeals for the Federal Circuit

2006-1634, -1649

CLASSEN IMMUNOTHERAPIES, INC.,

        Plaintiff-Appellant,

v.

BIOGEN IDEC,

        Defendant-Appellee,

and

GLAXOSMITHKLINE

        Defendant-Appellee,

and

MERCK & CO., INC.,

        Defendant-Cross Appellant,

and

CHIRON CORPORATION, KAISER-PERMANENTE, INC., KAISER PERMANENTE VENTURES, KAISER PERMANENTE INTERNATIONAL, KAISER PERMANENTE INSURANCE COMPANY, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE COMPANY, LLC, THE PERMANENTE FOUNDATION, THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION ADDED CHOICE HEALTH PLAN, INC., and KAISER FOUNDATION HEALTH PLAN INC.,

        Defendants.

# Judgment

ON APPEAL from the United States District Court for the District of Maryland

in CASE NO(S). 04-CV-2607

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

DATED DEC 19 2008

_Jan Horbaly_ /S.W.

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** FEB 17 2009

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _Valerie_ Date: 2/17/09

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1634, -1649

CLASSEN IMMUNOTHERAPIES, INC.,

Plaintiff-Appellant,

v.

BIOGEN IDEC,

Defendant-Appellee,

and

GLAXOSMITHKLINE,

Defendant-Appellee,

and

MERCK & CO., INC.,

Defendant-Cross Appellant,

and

CHIRON CORPORATION, KAISER-PERMANENTE, INC., KAISER PERMANENTE VENTURES, KAISER PERMANENTE INTERNATIONAL, KAISER PERMANENTE INSURANCE COMPANY, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE COMPANY, LLC, THE PERMANENTE FOUNDATION, THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION ADDED CHOICE HEALTH PLAN, INC., and KAISER FOUNDATION HEALTH PLAN INC.,

Defendants.

---

Joseph J. Zito, Zito tlp, of Washington, DC, argued for plaintiff-appellant.

Joshua M. Hiller, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, Massachusetts, for defendant-appellee, Biogen IDEC. On the brief were David B. Bassett, of New York, New York, and David A. Wilson, of Washington, DC.

George F. Pappas, Covington & Burling LLP, of Washington, DC, argued for defendant-appellee, GlaxoSmithKline. With him on the brief were Jeffrey B. Elikan and Kevin B. Collins. Of counsel was Scott C. Weidenfeller.

<u>Mary B. Graham</u>, Morris, Nichols, Arsht & Tunnell, LLP, of Wilmington, Delaware, argued for defendant-cross appellant. With her on the brief was <u>James W. Parrett, Jr.</u> Of counsel on the brief were <u>Robert L. Baechtold</u>, Fitzpatrick, Cella, Harper & Scinto, of New York, New York; and <u>Edward W. Murray</u> and <u>Mary J. Morry</u>, Merck & Co., Inc., of Rahway, New Jersey.

Appealed from: United States District Court for the District of Maryland

Judge William D. Quarles, Jr.

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1634, -1649

CLASSEN IMMUNOTHERAPIES, INC.,

          Plaintiff-Appellant,

v.

BIOGEN IDEC,

          Defendant-Appellee,

and

GALAXOSMITHKLINE,

          Defendant-Appellee,

and

MERCK & CO., INC.,

         Defendant-Cross Appellant,

and

CHIRON CORPORATION, KAISER-PERMANENTE, INC., KAISER PERMANENTE VENTURES, KAISER PERMANENTE INTERNATIONAL, KAISER PERMANENTE INSURANCE COMPANY, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE COMPANY, LLC, THE PERMANENTE FOUNDATION, THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION ADDED CHOICE HEALTH PLAN, INC., and KAISER FOUNDATION HEALTH PLAN INC.,

         Defendants.

---

Appeal from the United States District Court for the District of Maryland in Case No. 04-CV-2607, Judge William D. Quarles, Jr.

---

DECIDED: December 19, 2008

---

Before NEWMAN and MOORE, Circuit Judges, and FARNAN, District Judge.*

MOORE, Circuit Judge.

In light of our decision in In re Bilski, 545 F.3d 943 (Fed. Cir. 2008) (en banc), we affirm the district court's grant of summary judgment that these claims are invalid under 35 U.S.C. § 101. Dr. Classen's claims are neither "tied to a particular machine or apparatus" nor do they "transform[] a particular article into a different state or thing." Bilski, 545 F.3d at 954. Therefore we affirm.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 2/17/09

---

\*   Hon. Joseph J. Farnan, Jr., United States District Court for the District of Delaware, sitting by designation.