# United States Court of Appeals for the Federal Circuit

2006-1634,-1649

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

DEC 0 8 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

CLASSEN IMMUNOTHERAPIES, INC.,

Plaintiff-Appellant,

v.

BIOGEN IDEC,

Defendant-Appellee,

and

GLAXOSMITHKLINE,

Defendant-Appellee,

and

MERCK & CO., INC.,

Defendant-Cross-Appellant,

and

CHIRON CORPORATION, KAISER-PERMANENTE, INC., KAISER PERMANENTE VENTURES, KAISER PERMANENTE INTERNATIONAL, KAISER PERMANENTE INSURANCE COMPANY, THE PERMANENTE FEDERATION, LLC, THE PERMANENTE COMPANY, LLC, THE PERMANENTE FOUNDATION, THE PERMANENTE MEDICAL GROUP, INC., KAISER FOUNDATION HOSPITALS, KAISER FOUNDATION ADDED CHOICE HEALTH PLAN, INC., and KAISER FOUNDATION HELTH PLAN INC.,

Defendants.

## Judgment

ON APPEAL from the      United States District Court for the District of Maryland

in CASE NO(S).      04-CV-2607

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED IN PART, REVERSED IN PART, VACATED IN PART AND REMANDED**

ENTERED BY ORDER OF THE COURT

DATED **AUG 3 1 2011**

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** DEC - 7 2011

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 12/7/11