IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CLASSEN IMMUNOTHERAPIES, INC.   *

    Plaintiff,   *

    v.   *   CIVIL NO.: WDQ-04-2607

BIOGEN IDEC, *et al.*,   *

    Defendants.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 22d day of February, 2013, ORDERED that:

1. The defendants' motion to stay (ECF No. 234), BE, and HEREBY IS, DENIED;

2. The defendants' motion to compel and to reduce the number of claims (ECF No. 215), BE, and HEREBY IS, GRANTED: Classen shall serve Infringement Contentions for 30 claims in compliance with Local Rule 804.1.a within 15 days of the claim construction ruling;

3. The defendants' motion for leave to serve supplemental invalidity contentions (ECF No. 225), BE, and HEREBY IS, GRANTED, without prejudice to Classen asserting estoppel after the conclusion of the *inter partes* reexamination;

4. Within 14 days of the date of this Order, counsel shall propose dates for the claim construction hearing; and

5.  The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

```
_____
William D. Quarles, Jr.
United States District Judge
```