UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CLASSEN IMMUNOTHERAPIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:04-cv-02607 (WDQ) |
| ) | |
| BIOGEN IDEC et al., ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING BIOGEN IDEC'S
MOTION FOR ATTORNEYS' FEES AND COSTS**

Before the Court is Defendant Biogen Idec Inc.'s Motion for Attorneys' Fees and Costs pursuant to the Court's May 14, 2014 Order (Dkt. No. 292) determining that Plaintiff Classen Immunotherapies Inc.'s claims against Biogen Idec constituted an "exceptional" case under 35 U.S.C. § 285 and awarding Biogen Idec an award of reasonable attorneys' fees and costs. The Motion is **GRANTED.**

Classen must pay Biogen Idec its reasonable attorneys' fees and costs of **$762,142.33**.

It is so **ORDERED**.

DATED this ___ day of _____, 2014

_____
The Honorable William D. Quarles, Jr.
United States District Judge